IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 12-cv-01897-CMA-MJW

STEPHEN THENE SPARKS,

Plaintiff,

v.

TEJINDER SINGH, Physician Assistant,
LISA HANKS, Nurse,
TED LAWRENCE, Physician Assistant/Acting Health Service Administrator,
MICHAEL AASEN, MD,
TOM CLEMENTS, C.D.O.C. Director,
STEVE HARTLEY, Warden, and
COLORADO HEALTH PARTNERS, C.H.P.,

Defendants.

ORDER SETTING TELEPHONIC STATUS CONFERENCE
FOR PRO SE PLAINTIFF(S)

It is hereby ORDERED that a Telephonic Status Conference shall be held on:

> February 25, 2013, at 10:00 a.m.,
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a written request is made FIVE (5) business days in advance of the date of appearance.</u>**

<u>THE PLAINTIFF(S) SHALL  NOTIFY ALL PARTIES WHO HAVE NOT ENTERED AN APPEARANCE OF THE DATE AND TIME FOR THE STATUS CONFERENCE.</u>  In addition, the plaintiff's case manager/inmate coordinator shall ensure the availability of the plaintiff and assist him with placing the call to this court by

calling (303) 844-2403 on the date and time set forth above.

FURTHER, it is ORDERED that the Clerk of the Court shall add the following interested party to the manual notification for this case for continuing manual notice until further ordered:

Case Manager or Inmate Coordinator of:
Stephen Thene Sparks #59204
Fremont Correctional Facility (FCF)
P.O. Box 999
Canon City, CO 81215-0999

FURTHER, it is ORDERED that plaintiff(s) shall forthwith serve **each defendant** with service of process consistent with Federal Rule of Civil Procedure 4.

FURTHER, it is ORDERED that at the Status Conference the pro se Plaintiff(s) shall:

1.  Provide written proof of service of process on **ALL** defendants **or** show cause why this case should not be dismissed for lack of service of process and/or failure to prosecute;

2.  Inform this court on whether you intend to retain legal counsel.  If you intend to retain legal counsel, then you shall be prepared to inform this court, on the record, of what efforts you have made to retain legal counsel; and,

3.  Become familiar with the following Rules:  (a) the Federal Rules of Civil Procedure, (b) the United States District Court for the District of Colorado Local Rules of Practice, and (c) the Federal Rules of Evidence.  These sets of rules shall apply in this case.

Done and signed this 23rd DAY OF JANUARY, 2013

BY THE COURT:

s/Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge