# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   12-cv-01897-CMA-MJW                    FTR - Courtroom A-502

**Date:**   February 25, 2013                                  Courtroom Deputy, Ellen E. Miller

<u>Parties</u>                                                  <u>Counsel</u>

STEPHEN THENE SPARKS,                                          Pro Se    (by telephone)
#59204

      Plaintiff(s),

v.

TEJINDER SINGH, Physician Assistant,                           Lisa Amatangel
LISA HANKS, Nurse,
TED LAWRENCE, Physician Assistant/Acting Health
Service Administrator,
MICHAEL AASEN, MD,
TOM CLEMENTS, C.D.O.C. Director,
STEVE HARTLEY, Warden, and
COLORADO HEALTH PARTNERS, C.H.P.,

      Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   STATUS   CONFERENCE**
**Court in session:**  10:04 a.m.
Court calls case.  Appearance of *Pro Se* plaintiff and defense counsel.

Status of the case is discussed.  It is noted defendant MICHAEL AASEN, MD has not been served.  Defense counsel believes the defendant is no longer employed with the Department of Corrections.  Plaintiff is reminded he must provide a current address of any defendant he wishes the U.S. Marshal Service to serve.

**It is ORDERED:**        A **SHOW  CAUSE  HEARING**  is set  **MAY 08, 2013 at 9:30 a.m.**
                      in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse,
                      901 19th Street, Denver, Colorado 80294.

Discussion is held regarding Plaintiff's Motion for Clarification.

**It is ORDERED:**        Plaintiff's MOTION FOR CLARIFICATION [Docket No. **23**, filed February
                      13, 2013] is **DENIED as moot.**

**It is ORDERED:**     A RULE 16(b) SCHEDULING CONFERENCE is set
**MAY 08, 2013   at   9:30 a.m.**
in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Incarcerated individuals shall appear by telephone.
Counsel/pro se parties in this case shall hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed.R.Civ.P.26(f) as amended, and D.C.COLO.LCivR 26.1 and App. F.   Pursuant to Fed.R.Civ.P.26(d), as amended, no discovery shall be sought until after the pre-scheduling conference meeting.  Parties shall file  their proposed Scheduling Order **on or before   MAY 01, 2013**
Counsel/pro se parties shall prepare the proposed Scheduling Order in accordance with the form found in the forms section of the Court's website at www.cod.uscourts.gov .
Defendant shall electronically file the proposed Scheduling Order as defense counsel has electronic court filing privileges.

*Pro Se* plaintiff  is reminded  he is  required to comply with all applicable Federal Rules of Civil Procedure (Fed.R.Civ.P. )   and   the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLO.LCivR.)

The plaintiff shall notify all parties who have not entered an appearance, of the date and time of the scheduling/planning conference.

HEARING CONCLUDES.

**Court in recess:**     10:27 a.m.
Total In-Court Time:   00:*23*

To order a transcript of this proceedings, contact  Avery Woods Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.