IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01897-CMA-MJW

STEPHEN THENE SPARKS,

Plaintiff,

v.

TEJINDER SINGH, Physician Assistant,
LISA HANKS, Nurse,
TED LAWRENCE, Physician Assistant/Acting Health Service Administrator,
MICHAEL AASEN, MD,
TOM CLEMENTS, C.D.O.C. Director,
STEVE HARTLEY, Warden, and
COLORADO HEALTH PARTNERS, C.H.P.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that defendants' Motion to Vacate Scheduling Conference Set for May 8, 2013 Pending Resolution of Qualified Immunity (Docket No. 37) is GRANTED for good cause shown. The Scheduling Conference set for May 8, 2013 at 9:30 a.m. is VACATED. The court will reset the Scheduling Conference following resolution of the two pending Motions to Dismiss (Docket Nos. 30 & 35).

The court notes that the Show Cause Hearing set for May 8, 2013 at 9:30 a.m. *has not been vacated and will be held as scheduled.*

Date: April 11, 2013