IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Civil Action No.  12-cv-01897-RM-MJW

STEPHEN THENE SPARKS,

      Plaintiff,

v.

TEJINDER SINGH, Physician Assistant,
LISA HANKS, Nurse,
TED LAWRENCE, Physician Assistant, Acting Health Service Administrator,
MICHAEL AASEN, MD,
ROBBIE QUICK, Health Service Administrator,
TOM CLEMENTS, C.D.O.C. Director,
STEVE HARTLEY, Warden, and
COLORADO HEALTH PARTNERS (C.H.P.),

      Defendants.

---

**ORDER ADOPTING
RECOMMENDATION THAT THE CLAIMS AGAINST
DEFENDANT MICHAEL AASEN BE DISMISSED (ECF NO. 54)**

---

This matter is before the Court on the July 9, 2013 Recommendation that the Claims

Against Defendant Michael Aasen be Dismissed ("Recommendation") (ECF No. 54) due to

Plaintiff's failure to effect service on Defendant Aasen.  The Recommendation advised the

parties they had fourteen days after the service of the Recommendation to serve and file any

written objections.   The time permitted for any objections has expired and no objection to the

Recommendation has been filed.

The Court has reviewed the record and is mindful that Plaintiff is a *pro se* party. The Court concludes the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) Advisory Committee's Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."). It is therefore

**ORDERED**:

1. That the Magistrate Judge's Recommendation (ECF No. 54) is **ADOPTED** in its entirety as an order of this Court; and

2. That pursuant to Fed.R.Civ.P. 4(m) and D.C.COLO.LCivR 41.1 Plaintiff's claims against Defendant Michael Aasen are **DISMISSED without prejudice**.

DATED this 25th day of July, 2013.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge

2