IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 12-cv-01897-RM-MJW

STEPHEN THENE SPARKS,

    Plaintiff,

v.

TEJINDER SINGH, Physician Assistant,
LISA HANKS, Nurse,
TED LAWRENCE, Physician Assistant, Acting Health Service Administrator,
MICHAEL AASEN, MD,
ROBBIE QUICK, Health Service Administrator,
TOM CLEMENTS, C.D.O.C. Director,
STEVE HARTLEY, Warden, and
COLORADO HEALTH PARTNERS (C.H.P.),

    Defendants.

## ORDER WITHDRAWING
## "ORDER ADOPTING RECOMMENDATION THAT THE CLAIMS AGAINST DEFENDANT MICHAEL AASEN BE DISMISSED (ECF NO. 54)" (ECF No. 56)

    This matter is before the Court *sua sponte*. Upon review of Plaintiff's "Response and Objection to Magistrate Recommendation on Motion to Dismiss (Docket No. 30) and Recommendation that the Claims against Defendant Michael Aasen be Dismissed" ("Objection") (ECF No. 57) and determination that the Objection was timely filed, the Court's "Order Adopting Recommendation that the Claims against Defendant Michael Aasen be Dismissed

(ECF No. 54)" (ECF No. 56) is hereby WITHDRAWN.  The Court will issue a new order after consideration of the Objection and any other response.  SO ORDERED.

DATED this 29th day of July, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge

2