IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01897-RM-MJW

STEPHEN THENE SPARKS,

Plaintiff,

v.

TEJINDER SINGH, Physician Assistant,
LISA HANKS, Nurse,
TED LAWRENCE, Physician Assistant/Acting Health Service Administrator,
TOM CLEMENTS, C.D.O.C. Director, and
STEVE HARTLEY, Warden,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion to Amend Scheduling Order as to Remaining Deadlines (Docket No. 91) is GRANTED for good cause shown.  The Court notes that under D.C.Colo.LCivR 7.1(d), the Court may act on a motion any time after it is filed, without waiting for a response.

It is further ORDERED that the Scheduling Order (Docket No. 83) is AMENDED as follows:
- The deadline for serving written discovery is extended to April 17, 2015;
- The discovery cut-off is extended to May 20, 2015;
- The dispositive-motions deadline is extended to June 19, 2015; and
- The final pretrial conference set for July 14, 2015 at 9:30 a.m. is VACATED and RE-SET for August 24, 2015, at 1:30 p.m.

Date: March 16, 2015