IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01897-RM-MJW

STEPHEN THENE SPARKS,

Plaintiff,

v.

TEJINDER SINGH, Physician Assistant,
LISA HANKS, Nurse,
TED LAWRENCE, Physician Assistant/Acting Health Service Administrator,
TOM CLEMENTS, C.D.O.C. Director, and
STEVE HARTLEY, Warden,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Motion to Conduct Deposition of Incarcerated Inmate Plaintiff Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B) (Docket No. 94) is GRANTED.  It is further ORDERED that defense counsel shall meet and confer with plaintiff's pro bono attorney (see Docket No. 96), and that the deposition shall be set for a date and time which gives plaintiff's pro bono attorney a reasonable opportunity to become familiar with the case.

Date: April 13, 2015