IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01897-RM-MJW

STEPHEN THENE SPARKS,

Plaintiff,

v.

TEJINDER SINGH, Physician Assistant,
LISA HANKS, Nurse,
TED LAWRENCE, Physician Assistant/Acting Health Service Administrator,
TOM CLEMENTS, C.D.O.C. Director, and
STEVE HARTLEY, Warden,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Amend Scheduling Order (Docket No. 102) is GRANTED for good cause shown. It is further ORDERED that the Scheduling Order (Docket No. 83) is AMENDED as follows:

- The discovery cut-off is extended to August 20, 2015; and

- The dispositive motion deadline is extended to September 18, 2015.

It is further ordered that the pretrial conference set for August 24, 2015 at 1:30 p.m. is VACATED and RE-SET for November 30, 2015 at 10:00 a.m.

Date: May 21, 2015