IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01897-RM-MJW

STEPHEN THENE SPARKS,

Plaintiff,

v.

TEJINDER SINGH, Physician Assistant,
LISA HANKS, Nurse,
TED LAWRENCE, Physician Assistant/Acting Health Service Administrator,
TOM CLEMENTS, C.D.O.C. Director, and
STEVE HARTLEY, Warden,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order to Reset Deadlines to Designate Expert Witnesses (Docket No. 106) is GRANTED for good cause shown. It is further ORDERED that the Scheduling Order (Docket No. 83) is AMENDED as follows:

- Plaintiff shall have up to and including July 31, 2015 to designate up to two expert witnesses; and

- Defendants shall have up to and including August 21, 2015 to designate a rebuttal expert.

Date: June 26, 2015