IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01897-RM-MJW

STEPHEN THENE SPARKS,

Plaintiff,

v.

TEJINDER SINGH, Physician Assistant,
LISA HANKS, Nurse,
TED LAWRENCE, Physician Assistant/Acting Health Service Administrator,
TOM CLEMENTS, C.D.O.C. Director, and
STEVE HARTLEY, Warden,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Second Joint Motion to Amend Scheduling Order (Docket No. 113) is GRANTED for good cause shown.

It is further ORDERED that the Scheduling Order (Docket No. 83) is AMENDED as follows:

- Plaintiff shall have up to and including August 31, 2015 to designate up to two expert witnesses;

- Defendants shall have up to and including September 21, 2015 to designate a rebuttal expert;

- The non-expert discovery cut-off is extended to September 21, 2015; and

- The dispositive motion deadline is extended to October 19, 2015.

It is further ORDERED that the Final Pretrial Conference set for November 30, 2015, at 10:00 a.m. is VACATED and RE-SET for December 17, 2015, at 9:30 a.m.

Date: August 3, 2015