IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01897-RM-MJW

STEPHEN THENE SPARKS,

Plaintiff,

v.

TEJINDER SINGH, Physician Assistant,
LISA HANKS, Nurse,
TED LAWRENCE, Physician Assistant/Acting Health Service Administrator,
TOM CLEMENTS, C.D.O.C. Director, and
STEVE HARTLEY, Warden,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Third Joint Motion to Amend Scheduling Order (Docket No. 116) is GRANTED for good cause shown.

It is further ORDERED that the Scheduling Order (Docket No. 83) is AMENDED as follows:

- Plaintiff shall have up to and including September 8, 2015 to designate and disclose expert witnesses;

- Defendants shall have up to and including September 29, 2015 to designate and disclose rebuttal experts; and

- The dispositive motion deadline is extended to October 27, 2015.

Date: September 1, 2015